1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JIMMIE EARL STEPHENS,                          No.  2:22-cv-00824 KJM DB P

12                        Petitioner,

13         v.                                         ORDER

14    G. MATTERSON,

15                        Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as

19    provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On December 30, 2022, the magistrate judge filed findings and recommendations, which

21    were served on petitioner and which contained notice to petitioner that any objections to the

22    findings and recommendations were to be filed within fourteenth.  (ECF No. 9.)  Petitioner has

23    filed objections to the findings and recommendations.  (ECF No. 10.)

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

26    findings and recommendations to be supported by the record and by the proper analysis.  The

27    court writes separately only to note, in response to petitioner's objections, that this court must

28    follow *Nettles v. Grounds*, 830 F.3d 922 (9th Cir. 2016) (en banc).  Under *Nettles*, "the presence

1

of a disciplinary infraction does not compel the denial of parole, nor does an absence of an

infraction compel the grant of parole.  *Id.* at 935.  For that reason, Stephens's petition does not

fall within the "core" of habeas.  *See id.*  He must bring his claims, if at all, under 42 U.S.C.

§ 1983.  *Id.*

        Accordingly, IT IS HEREBY ORDERED that:

      1.  The findings and recommendations filed December 30, 2022 (ECF No. 9), are adopted in full;

      2.  This action is dismissed;

      3.  The Clerk of the Court is directed to close this action; and

      4.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED:  March 31, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

2